# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 244 WAL 2017
:
         Respondent :
          : Petition for Allowance of Appeal from
          : the Order of the Superior Court
         v. :
:
:
NORMAN J. BARONY, JR., :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.